IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALIA RASHDAN (MOHAMED),<br>　　　　　Plaintiff,<br>　　　v.<br>MARC GEISSBERGER, et al.,<br>　　　　　Defendants. | NO. C10-0634 TEH<br><br>ORDER OF RECUSAL |

Plaintiff Dalia Rashdan (Mohamed) filed this case alleging that discriminatory and other tortious acts occurred at the Dugoni School of Dentistry, which is operated by Defendant University of the Pacific. J. Clark Kelso, who was appointed by this Court to act as Receiver in *Plata v. Schwarzenegger*, Case No. C01-1351 TEH, also works as a law professor at the University of the Pacific. Although this relationship did not affect the Court's decision in denying Rashdan's motion for a temporary restraining order and would play no role in any other decisions in this case, the Court acknowledges the potential appearance of impropriety. Accordingly, the Court finds it appropriate to recuse from this matter and to request reassignment under section (E)(2) of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: 03/08/10　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT