UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DALIA RASHDAN (MOHAMED),<br><br>    Plaintiff,<br><br>  vs.<br><br>MARC GEISSBERGER, et al.,<br><br>    Defendants. | Case No:  C 10-634 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RECALENDAR MOTION TO DISMISS**<br><br>Docket 39 |

The hearing on Defendants' motion to dismiss originally was scheduled for June 8, 2010, but was continued to July 21, 2010, due to the lack of availability on the Court's calendar.  Plaintiff has now filed a Motion to Recalendar Hearing on Motion to Dismiss Back to its Originally Scheduled Date and Time of June 8, 2010.  Plaintiff's counsel claims that he and his client already purchased airline tickets for the June 8, 2010 hearing, and that due to counsel's travel schedule, he may not be available for the hearing on July 21, 2010.  The Court has reviewed the papers filed in connection with Defendants' motion to dismiss and has determined that no hearing on the motion is necessary.  Therefore, the Court will adjudicate the motion to dismiss without oral argument and will separately issue a written decision on the motion.  See Fed.R.Civ.P. 78(b).  In the future, counsel is advised to check the Court's website and/or confer with the Court's deputy clerk prior to making any travel arrangements to determine whether an in-court appearance for a scheduled hearing is required.  Accordingly,

   IT IS HEREBY ORDERED THAT Plaintiff's Motion to Recalendar Hearing on Motion to Dismiss Back to its Originally Scheduled Date and Time of June 8, 2010 is DENIED.  This order terminates Docket 39.

    IT IS SO ORDERED.

Dated: June 3, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge