1
2
3
4
5                    UNITED STATES DISTRICT COURT
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                           OAKLAND DIVISION
8
DALIA RASHDAN (MOHAMED),                    Case No:  C 10-00634 SBA
9
   Plaintiff,                               **ORDER**
10
   vs.
11
MARC GEISSBERGER, et al.,
12
   Defendants.
13
14
15    PLEASE TAKE NOTICE THAT the case management conference scheduled for
16 November 17, 2010, is VACATED, pending further order of the court.  The case management
17 conference will be rescheduled in the court's ruling on Defendants' motion to dismiss, which
18 be set forth in a separate order.
19    IT IS SO ORDERED.
20 Dated: November 15, 2010
                                            _____
21                                          SAUNDRA BROWN ARMSTRONG
                                            United States District Judge
22
23
24
25
26
27
28