UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DALIA RASHDAN (MOHAMED),<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MARC GEISSBERGER,<br>EUGENE LABARRE,<br>AI B. STREACKER,<br>FOROUD HAKIM,<br>NADER A. NADERSHAHI,<br>PATRICK J. FERRILLO, JR.,<br>LEIGH ANDERSON,<br>JEFF MILES,<br>DANIEL J. BENDER,<br>LOLA GIUSTI,<br>CRAIG YARBOROUGH,<br>DOES 1-50, AND<br>UNIVERSITY OF THE PACIFIC,<br><br>　　　　　　Defendants. | Case No:  C 10-00634 SBA<br><br>**ORDER WITHDRAWING ORDER ON MOTION TO DISMISS** |

　　　　IT IS HEREBY ORDERED THAT the Order Granting Defendants' Motion to Dismiss (Dkt. 58) is WITHDRAWN.  The Court will issue an amended, superseding order which resolves the motion to dismiss.

　　　　IT IS SO ORDERED.

Dated:  January 13, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge