| | |
|---|---|
| 1 | MICHAEL J. VARTAIN [SBN 92366] |
| 2 | STACEY L. LEASK [SBN 233281]<br>**VARTAIN LAW GROUP** |
| 3 | 601 Montgomery Street, Suite 540<br>San Francisco, CA 94111-2608 |
| 4 | Telephone:  [415] 391-1155<br>Facsimile:   [415] 391-1177 |
| 5 | Attorneys for Defendants |
| 6 | UNIVERSITY OF THE PACIFIC; and<br>MARC GEISSBERGER, EUGENE LABARRE, |
| 7 | AI B. STREACKER, FOROUD HAKIM,<br>NADER A. NADERSHAHI, |
| 8 | PATRICK J. FERRILLO, JR., LEIGH ANDERSON,<br>JEFF MILES, DANIEL J. BENDER, LOLA GIUSTI |
| 9 | And CRAIG YARBOROUGH. |

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| DALIA RASHDAN (MOHAMED), | ) | Case No.:  **C 1 0 – 0 0 6 3 4  SBA** |
| | ) | |
| Plaintiff, | ) | **ORDER RE: PLAINTIFF'S MOTION** |
| vs. | ) | **FOR LEAVE TO AMEND THE** |
| | ) | **CORRECTED FIRST AMENDED** |
| UNIVERSITY OF THE PACIFIC, | ) | **COMPLAINT** |
| | ) | |
| Defendants. | ) | |

1  The motion pursuant to Federal Rules of Civil Procedure 15(a)(2) of Plaintiff DALIA RASHDAN (MOHAMED) for leave to amend her Corrected First Amended Complaint against Defendant University of the Pacific ("the University") and Defendants MARC GEISSBERGER, EUGENE LABARRE, AI B. STREACKER, FOROUD A. NADERSHAHI, PATRICK J. FERRILLO, JR., LEIGH ANDERSON, JEFF MILES, DANIEL J. BENDER, LOLA GIUSTI, CRAIG YARBOROUGH ("Individual Defendants") (collectively, "Defendants") was heard by the undersigned Court upon proper notice.

Having reviewed all of the papers, considered the arguments of the parties, relevant evidence and good cause showing:

IT IS SO ORDERED:

1. The Court grants Plaintiff leave to file a Second Amended Complaint ("SAC") as follows:

   a. Plaintiff's SAC shall delete all claims that have been dismissed from the action by the Court in its prior Orders;

   b. Plaintiff's SAC shall delete all defendants that have been dismissed from the action by the Court in its prior Orders; and

   c. Plaintiff's SAC shall add only the proposed revised claim for conspiracy under §1985(3), as stated in Plaintiff's proposed SAC.

2. Plaintiff's SAC shall be filed no later than seven (7) days following the entry of this Order.

3. Defendants' first responsive pleading to the SAC shall be filed no later than thirty (30) days after the filing of the SAC.

SO ORDERED.

DATED: _5/19/11

_____
UNITED STATES JUDGE