MICHAEL J. DENIRO (SBN 249782)
ATTORNEY AT LAW
PO 3602
Santa Barbara CA 93130
Telephone and FAX: 805-845-8223
Email: mjdeniro@cox.net

ATTORNEY FOR Plaintiff Dalia Rashdan (Mohamed)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DALIA RASHDAN (MOHAMED), | Case No.:  C V  1 0 – 0 0 6 3 4  SBA |
| Plaintiff, | ORDER RE: CONTINUATION OF EARLY NEUTRAL EVALUATION |
| vs. | |
| MARC GEISSBERGER, EUGENE LABARRE, AI B. STREACKER, FOROUD HAKIM, NADER A. NADERSHAHI, PATRICK J. FERRILLO, JR., LEIGH ANDERSON, JEFF MILES, DANIEL J. BENDER, LOLA GIUSTI, CRAIG YARBOROUGH, DOES 1-50, AND UNIVERSITY OF THE PACIFIC, | Judge: Hon. Saundra B. Armstrong<br>Complaint Filed: February 12, 2010<br>Trial Date: June 25, 2012 |
| Defendants. | |

The parties having agreed that Early Neutral Evaluation cannot occur before the statutory deadline and that Early Neutral Evaluation should not occur until the pleadings are settled, and having stipulated that Early Neutral Evaluation should not occur until the pleadings are settled,

1   IT IS HEREBY ORDERED that after the pleadings are settled, the parties will confer
2 telephonically with Evaluator Louis Leone at his direction to arrange Early Neutral Evaluation,
3 which is to occur no later than 30 days after the Court's ruling on Defendants' motion to dismiss,
4 scheduled to be heard on October 4, 2011.
5   IT IS SO ORDERED.

DATED: 7/25/11

By: *Saundra B. Armstrong*
Saundra B. Armstrong
United States Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28