UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DALIA RASHDAN (MOHAMED),<br><br>    Plaintiff,<br><br>  vs.<br><br>MARC GEISSBERGER,<br>EUGENE LABARRE,<br>AI B. STREACKER,<br>FOROUD HAKIM,<br>NADER A. NADERSHAHI,<br>PATRICK J. FERRILLO, JR.,<br>LEIGH ANDERSON,<br>JEFF MILES,<br>DANIEL J. BENDER,<br>LOLA GIUSTI,<br>CRAIG YARBOROUGH,<br>DOES 1-50, AND<br>UNIVERSITY OF THE PACIFIC,<br><br>    Defendants. | Case No: C 10-00634 SBA<br><br>**ORDER  CONTINUING HEARING**<br><br>Dkt. 86 |

The hearing on Defendants' motion to dismiss (Dkt. 86) scheduled for October 4, 2011 is CONTINUED to **October 17, 2011 at 1:00 p.m.**  The Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a court appearance is required.

   IT IS SO ORDERED.

Dated: September 27, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge