UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

DALIA RASHDAN (MOHAMED),
          Plaintiff,

   v.

MARC GEISSBERGER, et al.,
          Defendants.
_____/

No. C 10-0634 SBA

**ORDER RE: ATTENDANCE AT ENE**

Date:       January 4, 2012
Mediator:   Louis Leone

    IT IS HEREBY ORDERED that the request to excuse plaintiff Dalia Rashdan from appearing in person at the January 4, 2012 ENE before Louis Leone is GRANTED. Dr. Rashdan shall appear via Skype at the session (or make similar arrangements to participate remotely in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

December 22, 2011       By:       *Elizabeth D. Laporte*
Dated                                    Elizabeth D. Laporte
                                       United States Magistrate Judge