1   MICHAEL J. DENIRO (SBN 249782)
    ATTORNEY AT LAW
2   PO 3602
    Santa Barbara CA 93130
3   Telephone and FAX: 805-845-8223
    Email: mjdeniro@cox.net
4

5   ATTORNEY FOR Plaintiff Dalia Rashdan (Mohamed)

6

7                    IN THE UNITED STATES DISTRICT COURT
                                  FOR THE
8                   NORTHERN DISTRICT OF CALIFORNIA
                             OAKLAND DIVISION
9

10  DALIA RASHDAN (MOHAMED),              )  Case No.:  **C V 1 0 – 0 0 6 3 4 SBA**
                                          )
11                                        )
                       Plaintiff,         )  **ORDER ALLOWING WITHDRAWAL**
12  vs.                                   )  **OF MICHAEL J. DENIRO AS**
                                          )  **PLAINTIFF'S COUNSEL**
13  MARC GEISSBERGER, EUGENE              )
    LABARRE, LOLA GIUSTI, DOES 1-50,      )
14  AND UNIVERSITY OF THE PACIFIC,        )
                                          )
15                                        )  Judge:            Hon. Saundra B. Armstrong
                       Defendants.        )  Complaint Filed:  February 12, 2010
16                                        )  Trial Date:       June 25, 2012
                                          )
17

18  THE COURT having found that the requirements of L.R. 11-5. (a) having been satisfied and that the

19  condition contemplated by L.R. 11-5. (b) does not attain, the Court find, pursuant to L.R. 11-5., that

20  Michael J. DeNiro should be allowed to withdraw as Plaintiff's counsel in the above-captioned case.

21

22  IT IS SO ORDERED.

23

24  DATED:  1/24/12                    **By:**  _Saundra B Armstrong_
25                                              Saundra B. Armstrong
                                                U.S. District Court Judge
26                                              Nothern District of California

27

28

---

[Proposed] Order allowing withdrawal of Michael J. Deniro as Plaintiff's counsel          C V 1 0 – 0 0 6 3 4 SBA          2