UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DALIA RASHDAN (MOHAMED),<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARC GEISSBERGER, et al.,<br><br>　　　　Defendants. | Case No: C 10-00634 SBA<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

　　　IT IS HEREBY ORDERED THAT the pretrial conference previously scheduled for June 5, 2012 is CONTINUED to <u>June 19, 2012 at 1:00 p.m.</u> The deadlines for filing motions in limine and objections to evidence and any responses thereto are enlarged accordingly.

　　　IT IS SO ORDERED.

Dated: May 14, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge