UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DALIA RASHDAN (MOHAMED),<br><br>Plaintiff,<br><br>vs.<br><br>MARC GEISSBERGER,<br>EUGENE LABARRE,<br>AI B. STREACKER,<br>FOROUD HAKIM,<br>NADER A. NADERSHAHI,<br>PATRICK J. FERRILLO, JR.,<br>LEIGH ANDERSON,<br>JEFF MILES,<br>DANIEL J. BENDER,<br>LOLA GIUSTI,<br>CRAIG YARBOROUGH,<br>DOES 1-50, AND<br>UNIVERSITY OF THE PACIFIC,<br><br>Defendants. | Case No: C 10-00634 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Partially Granting Defendants' Motion for Summary Judgment and the prior Orders of this Court,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: May 30, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge