UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DALIA RASHDAN (MOHAMED),<br><br>    Plaintiff,<br><br>  vs.<br><br>MARC GEISSBERGER, et al.,<br><br>    Defendants. | Case No: C 10-00634 SBA<br><br>**ORDER** |

Plaintiff has filed a Motion Raising Objection to Bill of Costs and to Taxation of Costs. Dkt. 191. In her motion, Plaintiff contends that amount of costs to be taxed should be $13,211.35, not $14,428.11, as determined by the Clerk. Defendants have filed a statement of non-opposition to the motion. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Motion Raising Objection to Bill of Costs and to Taxation of Costs is GRANTED. This Order terminates Docket 191.

IT IS SO ORDERED.

Dated: November 26, 2012

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge